```
1  AARON M. CLEFTON, ESQ. (SBN 318680)
   CLEFTON DISABILITY LAW
2  2601 Blanding Ave, Suite C
   #336
3  Alameda, CA 94501
   Telephone: 510/832-5001
4  info@cleftonlaw.com

5  Attorneys for Plaintiff
   PAMELA BALL
6
   Patricia Egan Daehnke (SBN 162614)
7  PDaehnke@drrlawgroup.com
   Linda K. Rurangirwa (SBN 228220)
8  LRurangirwa@drrlawgoup.com
   DRR LAW GROUP
9  1201 Puerta del Sol, Suite 318
   San Clemente, California 92673
10 (949) 313-4516 Telephone
   (702) 979-2133 Facsimile
11
   Attorneys for Defendants
12 KPC HEALTHCARE, INC. AND ORANGE COUNTY
   GLOBAL MEDICAL CENTER, INC.
13
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAMELA BALL,<br><br>  Plaintiff,<br><br>  v.<br><br>KPC HEALTHCARE, INC.;<br>ORANGE COUNTY GLOBAL<br>MEDICAL CENTER, INC.<br><br>  Defendants. | CASE NO. 8:25-cv-00306-MAA<br><u>Civil Rights</u><br><br>**JOINT NOTICE OF SETTLEMENT** |

Plaintiff PAMELA BALL and Defendants KPC HEALTHCARE, INC.; ORANGE COUNTY GLOBAL MEDICAL CENTER, INC., hereby notify the Court that the case has settled in its entirety. The Parties request that the Court vacate all currently set deadlines. However, the Parties request that the case not be dismissed for 45 days so that the parties may finalize settlement documents and

1

NOTICE OF SETTLEMENT
CASE NO. 8:25-cv-00306-MAA

effectuate settlement.

Date: October 9, 2025                    CLEFTON DISABILITY LAW

                                      */s/ Aaron M. Clefton*
                                      By AARON M. CLEFTON, Esq.
                                      Attorney for Plaintiff
                                      MATTHEW SCOTT

Dated: October 9, 2025                   DRR LAW GROUP

                                      */s/ Linda K. Rurangirwa*
                                      LINDA K. RURANGIRWA, Esq.
                                      Attorneys for Defendants
                                      KPC HEALTHCARE, INC. AND ORANGE COUNTY GLOBAL MEDICAL CENTER, INC.

## **FILER'S ATTESTATION**

Pursuant to Local Rules, I hereby attest that on October 9, 2025, I, Aaron Clefton, attorney with Clefton Disability Law, received the concurrence of Linda K. Rurangirwa, Esq. in the filing of this document.

                                      */s/ Aaron Clefton*
                                      Aaron Clefton