AARON M. CLEFTON, Esq. (SBN 318680)
CLEFTON DISABILITY LAW
2601 Blanding Ave, Suite C #336
Alameda, CA 94501
Telephone: (510) 832-5001
info@cleftonlaw.com

Attorneys for Plaintiff
PAMELA BALL

Patricia Egan Daehnke (SBN 162614)
PDaehnke@drrlawgroup.com
Linda K. Rurangirwa (SBN 228220)
LRurangirwa@drrlawgoup.com
DRR LAW GROUP
1201 Puerta del Sol, Suite 318
San Clemente, California 92673
(949) 313-4516 Telephone
(702) 979-2133 Facsimile

Attorneys for Defendants
KPC HEALTHCARE, INC. AND ORANGE COUNTY GLOBAL MEDICAL CENTER, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAMELA BALL,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>KPC HEALTHCARE, INC.;<br>ORANGE COUNTY GLOBAL MEDICAL CENTER, INC.<br><br>　　　Defendants. | CASE NO. 8:25-cv-00306-MAA<br><u>Civil Rights</u><br><br>**STIPULATION DISMISSING CASE WITH PREJUDICE**<br><br>Action Filed: February 14, 2025 |

Plaintiff PAMELA BALL and Defendants KPC HEALTHCARE, INC.; ORANGE COUNTY GLOBAL MEDICAL CENTER, INC., – Plaintiff and Defendants together the "Parties" –hereby stipulate and request pursuant to Federal Rules of Civil Procedure 41(a)(l)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety.  Each side shall pay its own attorneys' fees and costs.

| | | |
|---|---|---|
| 1 | Date: November 17, 2025 | CLEFTON DISABILITY LAW |
| 2 | | */s/ Aaron M. Clefton* |
| 3 | | By AARON M. CLEFTON, Esq.<br>Attorney for Plaintiff |
| 4 | | PAMELA BALL |
| 5 | Date: November 17, 2025 | DRR LAW GROUP |

                                                    */s/ Linda K. Rurangirwa*
LINDA K. RURANGIRWA, Esq.
Attorneys for Defendants
KPC HEALTHCARE, INC. AND ORANGE COUNTY GLOBAL MEDICAL CENTER, INC.

## **FILER'S ATTESTATION**

    Pursuant to Local Rules, I hereby attest that on November 17, 2025, I, Aaron Clefton, attorney with Clefton Disability Law, received the concurrence of Linda K. Rurangirwa, Esq. in the filing of this document.

                                                    */s/ Aaron Clefton*
                                                    Aaron Clefton